UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE ALYN BENSON, | No. 2:21-cv-1650 AC P |
| Plaintiff, | |
| v. | ORDER |
| JOHN DOWBAK, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  However, plaintiff's application to proceed in forma pauperis was not accompanied by a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint, nor is it on the form used by this district, which allows the court to obtain plaintiff's trust account statement directly from the prison.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will therefore be provided the opportunity to submit either a certified copy of his trust account statement in support of his application or a new application on the form provided by the court so that the court may obtain his trust account statement from the prison.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the service of this order, plaintiff shall submit either a certified copy of his trust account statement in support of his application or a new application on the form

1

provided by the Clerk of Court.  Failure to comply with this order will result in a recommendation that this action be dismissed.

    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: September 16, 2021.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE