UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE ALYN BENSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOWBAK, et al.,<br><br>    Defendants. | No. 2:21-cv-1650 WBS AC P<br><br><br>ORDER |

Plaintiff filed a motion for an extension of time to file objections to the August 10, 2022 findings and recommendations. ECF No. 45. Good cause appearing, the motion will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 45) is granted; and

2. Plaintiff shall have thirty days from the service of this order in which to file his objections.

DATED: September 1, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE