UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE ALYN BENSON, | No. 2:21-cv-1650 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| JOHN DOWBAK, et al., | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 10, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has filed timely objections to the findings and recommendations. ECF No. 49.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 10, 2022 (ECF No. 44), are adopted in full.

2. The third amended complaint is dismissed without leave to amend for failure to comply with the court's orders and the Federal Rules of Civil Procedure.

3. Plaintiff's motion for a permanent injunction (ECF No. 47) is DENIED.

4. The Clerk of the Court is directed to close this case.

Dated:  September 23, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Bens1650.804

2