UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LANCE ALYN BENSON, | No. 2:21-cv-1650 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| JOHN DOWBAK, et al.,, | |
| Defendants. | |

----oo0oo----

After the court adopted the Magistrate Judge's Findings and Recommendations and dismissed the case, plaintiff appealed. (See Docket Nos. 44, 51, 53.)  The Ninth Circuit has now referred the matter back to this court "for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith" under 28 U.S.C. § 1915(a)(3) and Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002).  (Docket No. 57.)

For the reasons discussed in the Magistrate Judge's Findings and Recommendations, the court finds that plaintiff's

1

appeal is frivolous.  As noted by the Magistrate Judge, plaintiff was told multiple times that (1) his complaint must contain a short, plain statement of his claims and that he cannot include unrelated claims and defendants in one complaint, and (2) failure to remedy his complaints would result in a recommendation of dismissal.  (Docket No. 44 at 5-6.)  In light of these multiple warnings, plaintiff "does not appear willing to comply with the orders of the court and providing future opportunities to comply appears futile."  (Id.)[1]  Accordingly, plaintiff's in forma pauperis status is hereby REVOKED.  See Hooker, 302 F.3d at 1092.  The Clerk of Court shall promptly notify the Ninth Circuit and the parties of this determination and order.

        IT IS SO ORDERED.

Dated: October 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Notwithstanding these warnings from the Magistrate Judge, plaintiff's most recent complaint is "comprised of numerous different claims about a variety of unrelated incidents involving over one hundred people."  (Id.; see Docket No. 43.)